IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LELIA WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 8:16cv00039-TDT |
| | ) | |
| vs. | ) | |
| | ) | |
| RAZZY'S SANDWICH SHOPPE; ARVID R. RASMUSSEN; AND DOES 1-5 Inclusive, | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The parties in this action have provided the court with a Joint Stipulation to Dismiss this action with prejudice after having resolved the matter among themselves by written agreement.

Having considered the matter and upon the parties submission of a Joint Stipulation for Dismissal with Prejudice

**IT IS ORDERED:**

This action is hereby dismissed with prejudice. Each party shall pay its/his/her own costs and attorney's fees.

Dated this 28th day of June, 2016.

BY THE COURT:

s/ __Joseph F. Bataillon_____
Senior United States District Judge

00648523.DOCX